Jasmine MCDANIEL,
Movant/Appellant,

v.

STATE of Missouri,
Plaintiff/Respondent.

No. ED 102101

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: September 15, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 22, 2015.

Ellen H. Flottman, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Movant/Appellant.

Robert J. Bartholomew, Jr., P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent,

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM.

Jasmine McDaniel (Appellant) appeals from the motion court's judgment denying her Rule 24.035[1] motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court did not err in denying Appellant's motion. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

1. All rule references are to Mo.R.Crim.P. 2013, unless otherwise noted.